IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

#1 FELIX ABRAM,
#3 TYREE ABRAM,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Tyree Abram's motion to waive appearance filed 10/26/07 is moot.


Dated: October 28, 2008

                                                  s/ Jane Trexler, Judicial Assistant