**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER**

Courtroom Deputy: LaDonne Bush  
Court Reporter: Kara Spitler

Date: May 7, 2009

Criminal Action No. 07-cr-00366-WDM-3

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
| | Michele Korver |
| Plaintiff, | |
| v. | |
| 3. TYREE ABRAM, | Lisa Wayne |
| Defendant. | |

**COURTROOM MINUTES**

**James Hearing**

1:33 p.m.     Court in session.

Defendant is present and in custody.

With regard to Defendant Tyree Abram's Motion to Suppress the Alleged Identification (Doc. 222), Ms. Korver states that the Government doe not intend to introduce in-court identification in the Government's case in chief by Garrett Crawford.

**ORDERED**: Defendant Tyree Abram's Motion to Suppress the Alleged Identification (Doc. 222) is moot.

Government's witness, Robert Fuller, sworn.

Direct examination of Mr. Fuller by Ms. Korver.

Government's Exhibit 1 admitted for purposes of this hearing.

2:24 p.m.     Cross examination by Ms. Wayne.

3:28 p.m.     Court in recess.
3:43 p.m.     Court in session.

Continued cross examination by Ms. Wayne.

3:52 p.m.     Court's ruling.

With regard to the *James* issue and the Government's proffer, the Court finds that, in general and without identifying particular matters that may or may not be in furtherance of the conspiracy, there is sufficient evidence presented to indicate it is more likely than not that a conspiracy existed and Defendant was a part of it.

**ORDERED**:  The following motions are denied without prejudice:

1. Defendant Tyree Abram's Motion to Join Motion for Approval to Retain Expert for Computer Assistance (Doc. 89); and

2. Unopposed Motion to Continue Trial (Doc. 220).

3:58 p.m.     Court in recess.

Hearing concluded.

Time: 02:05