IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 07-cr-00366-WDM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. TYREE ABRAM,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

Following the hearing on May 28, 2009, before Senior Judge Walker D. Miller, counsel for the parties stipulate:

1.    Counsel for plaintiff shall retain custody of all exhibits until 60 days after the time of appeal from this Court has expired or, if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter. Thereafter, the custodian may destroy or otherwise dispose of those items.

2.    Custody of the exhibits by counsel for plaintiff shall be for the benefit of all parties hereto and shall remain subject to further Order of the Court.

3.    Upon any appeal, counsel for plaintiff shall make the exhibits in its custody available to the appealing party for filing with the appellate court.

DATED at Denver, Colorado, this 28 day of May, 2009.

_____    _____
Attorney for Plaintiff    Attorney for Defendant

ORDERED that counsel for plaintiff shall retain custody of the exhibits pursuant to the foregoing stipulation.

BY THE COURT

_____
WALKER D. MILLER
Senior United States District Judge