IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00366-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  TYREE  ABRAM,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Hearing on post trial motions and trial preparation conference will be held **October 6, 2009, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

      Jury trial (5 days) is scheduled **October 19, 2009, at 8:30 a.m.**
.

Dated: September 4, 2009

                     s/ Jane Trexler, Judicial Assistant