IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00366-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  TYREE  ABRAM,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      The hearing on October 6, 2009, is converted to a change of plea hearing.  The trial date is vacated.

Dated: September 14, 2009

                                    s/ Jane Trexler, Judicial Assistant