IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00366-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

 TYREE ABRAM,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Sentencing is scheduled **January 12, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 15, 2009

                                          s/ Jane Trexler, Judicial Assistant

PDF FINAL