IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 TYREE ABRAM,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Status/sentencing hearing will be held **September 9, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: January 12, 2010

                                                             s/ Jane Trexler, Judicial Assistant

PDF FINAL