IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. TYREE ABRAM,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Ginny Kramer, Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Status hearing is again scheduled **March 16, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 13, 2010

                                                              s/ Jane Trexler, Judicial Assistant