IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: March 16, 2011 |
| Court Reporter:   Tracy Weir | Probation Officer: Caryl Ricca |

**Criminal Action No. 07-cr-00366-WDM-3**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
|      Plaintiff, | |
| vs. | |
| 3.    TYREE ABRAM, | Lisa Wayne |
|      Defendant. | |

### COURTROOM MINUTES - SENTENCING HEARING

**2:03 p.m.    Court in session.**

The defendant is present in court, in custody.

Appearances of counsel.

Defendant entered his plea on **October 15, 2009,** to Count Four (4) of the Indictment.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Government addresses the Court regarding the United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance [410] and requests the Court impose a forty-eight (48)a month sentence.

Probation addresses the Court regarding the government's request and sentencing.

Statement by Ms. Wayne, for the defendant.

**ORDERED:** That the statement of facts in the Plea Agreement and the Pre-sentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**ORDERED:** That the Defendant's plea of guilty to Count Four (4) of the Indictment is accepted.

**ORDERED:** That the Government's Motion in Limine [346] is **WITHDRAWN.**

**ORDERED:** That the United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance [410] **GRANTED TO THE EXTENT OF THE COURT'S SENTENCE.**

**ORDERED:** That the Motion re [451] is **GRANTED.**

**ORDERED:** That the Motion to Seal Document # [488] is **GRANTED.**

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | | |
| Count Four | 84 months | 72 months (§5K1.1 departure) |
| **Supervised Release** | | |
| Count Four | 3 to 5 years | 5 years |
| **Probation** | | |
| Count Four | Precluded by statute | Not recommended |
| **Fine** | | |
| Count Four | Not applicable | Not Recommended |

**Special Assessment**

Count Three          $100                    $100

**Restitution**                              Not applicable

**Community Service**                        Not Recommended

**ORDERED:** **Pursuant to the Sentencing Reform Act it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons for a term of fifty-four (54) months as to Count Four.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release for a period of five (5) years as to Count Four.**

**ORDERED:** **Conditions of Supervised Release that:**

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (X) That the defendant shall submit to one drug test within fifteen (15) days from his release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

**ORDERED:** **Special Conditions of Supervised Release that:**

- (X) That the defendant shall, at his own expense, unless then indigent, shall undergo an alcohol and substance abuse evaluation, and thereafter and again at his own expense and directed by his probation officer, shall receive any treatment, therapy, counseling, testing or education prescribed by the evaluations or as directed by his probation officer or as ordered by the court; the Court authorizes the release to all treatment agencies, of all reports, including the presentence investigation report for the continuity of treatment. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.

- (X) That the defendant shall obtain a GED while in custody.

**ORDERED:** Defendant shall pay **$100.00 to the Crime Victim Fund** (Special Assessment), which is due immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

Hearing concluded.

**2:35 p.m.     Court in recess.**
Total in-court time:   00:32